UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24-cv-03209 RGK (E)                                             Date: June 3, 2024

Title   Cameron Anthony Morris v. H. Ortega, et al.

Present: The Honorable:   **R. Gary Klausner, United States District Court Judge**

| Joseph Remigio | Not recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (IN CHAMBERS): Order To Show Cause Re: Plaintiff's Failure to Pay Initial Partial Filing Fee**

On April 17, 2024, Plaintiff, a state prisoner, filed a Civil Rights Complaint and a Request to Proceed Without Prepayment of Filing Fees ("IFP Request"). (ECF Nos. 1-2.)

On April 24, 2024, the Court issued an order granting the IFP Request and directing Plaintiff to pay an initial partial filing fee of $20.16. (ECF No. 5.) The order warned Plaintiff that this case could be dismissed if that amount was not received by the Court within 30 days. (*Id.*) As of this date, more than 30 days later, the Court has not received Plaintiff's initial partial filing fee.

Plaintiff is ordered to show cause why this action should not be dismissed without prejudice for his failure to pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than **twenty (20)** days from the date of this order. Failure to file a response within the time specified will be deemed consent to the dismissal of this action without prejudice. If the initial partial filing fee is received within the **twenty (20)** day period, no further response to this Order to Show Cause is necessary.

It is so ordered.

**cc: Plaintiff, pro se via PSBUSM**

**Initials of Preparer**   :   JRE/js/ak

CV-90 (03/15)                                   Civil Minutes – General                                   Page **1** of **1**