UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                                          JS6

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-03209 RGK (E)                                    Date: July 9, 2024

Title   Cameron Anthony Morris v. H. Ortega, et al.

Present: The Honorable:   **R. Gary Klausner, United States District Court Judge**

| Joseph Remigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (IN CHAMBERS): Order Dismissing Action Without Prejudice For Failure To Pay Initial Partial Filing Fee**

On April 17, 2024, Plaintiff, a state prisoner, filed a Civil Rights Complaint and a Request to Proceed Without Prepayment of Filing Fees ("IFP Request"). (ECF Nos. 1-2.)

On April 24, 2024, the Court issued an order granting the IFP Request and directing Plaintiff to pay an initial partial filing fee of $20.16. (ECF No. 5.) The order warned Plaintiff that this case could be dismissed if that amount was not received by the Court within 30 days. (*Id.*)

On June 3, 2024, when Plaintiff had failed to pay the initial partial filing fee, the Court ordered him to show cause why this action should not be dismissed on that ground. (ECF No. 19.) In his responses, Plaintiff argued, among other things, that the prison had failed to send the money. (ECF No. 26 at 3.)

On June 13, 2024, after considering Plaintiff's responses, the Court on its own motion granted Plaintiff an extension of twenty days to pay the initial partial filing fee. (ECF No. 29.) Because it was evident that Plaintiff had the financial ability to pay (ECF No. 24 at 3; ECF No. 26 at 5), the Court warned Plaintiff that no further extensions would be granted and that the failure to pay the initial partial filing fee by the deadline would result in dismissal of this case without further warning. (ECF No. 29.) More than twenty days have elapsed, and Plaintiff still has not paid the initial partial filing fee.

On June 20, 2024, Plaintiff, instead of paying the initial partial filing fee, filed a "Motion to Respond." (ECF No. 31.) In that Motion, Plaintiff argued that the case should proceed and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                                    JS6

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-03209 RGK (E)                          Date: July 9, 2024

Title      Cameron Anthony Morris v. H. Ortega, et al.

explained, as he had previously, that the prison had failed to send the money due to a "mishap" or "clerical error."  (*Id*. at 1-2.)  But the Court already accepted this explanation in its order on June 13, 2024, and, accordingly, granted Plaintiff an additional twenty days to pay the fee, with a warning that no further extensions would be granted.  (ECF No. 29.)

Because the Court has afforded Plaintiff sufficient time to arrange for the payment of the initial partial filing fee, dismissal is warranted for his failure to do so.  *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (federal court may dismiss a complaint for failure to pay a partial fee, without regard to the merits of the claims).

In sum, Plaintiff's Motion is **denied.**  (ECF No. 31.)  This action is dismissed without prejudice for failure to pay the initial partial filing fee.

It is so ordered.

                                                                   :
                                   **Initials of Preparer**      JRE/ak/js